IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

Timothy Hartnett,

        Plaintiff,                              Civil No: 1:10-cv-01105-WPL-CG

vs.

Papa John's International, Inc.,

        Defendant.

## ORDER FOR ADMISSION *PRO HAC VICE*

Based upon the motion of Jay Sumner for admission of Rossana S. Eltanal to practice *pro hac vice* in this action on behalf of Defendant Papa John's International, Inc., and in accordance with Rule 83.3 of the Rules of Practice of the United States District Court for the District of New Mexico,

IT IS HEREBY ORDERED that the motion for admission of attorney Rossana S. Eltanal to practice *pro hac vice* is GRANTED.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE