**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

TIMOTHY HARTNETT,

      Plaintiff,

v.                                                                  Case No. 1:10-cv-1105-WPL/CG

PAPA JOHN'S INTERNATIONAL, INC.,

      Defendant.

**ORDER GRANTING ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

THIS MATTER came before the Court upon Stipulation by the parties for an enlargement of time in which Defendant may file and serve a response to Plaintiff's Complaint. The Court having reviewed the file herein, noting agreement of counsel hereto, and being otherwise duly advised, it is hereby

ORDERED that the Stipulation is GRANTED. Defendant shall file and serve a response to Plaintiff's Complaint by December 23, 2010.

      Dated:                                                    December 15, 2010

_____
Honorable Carmen E. Garza
United States Magistrate Judge